**Below is the Order of the Court.**

**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>Two Men and a Moving Van, LLC<br><br>Debtor. | Case No. 26-13070<br><br>ORDER RE: EX PARTE APPLICATION AUTHORIZING EMPLOYMENT OF NEELEMAN LAW GROUP AS ATTORNEYS FOR THE ESTATE |

THIS MATTER having come before the Court upon the Ex Parte Debtor's Application for an Order Authorizing the Debtor's Employment of Neeleman Law Group, P.C. as Counsel; the Court having considered the file and record herein, including the Debtor's Application and the Declaration of Jennifer L. Neeleman filed in support of the Debtor's motion, and finding that Neeleman Law Group, P.C. has the expertise necessary to represent the estate in these Chapter 11 proceedings, that Neeleman Law Group, P.C. neither holds nor represents any interest materially adverse to the estate, and that Neeleman Law Group, P.C. is a disinterested party as defined by 11 U.S.C. Section 101(14); and the Court having determined that the employment of Neeleman Law Group, P.C. by the Debtor is in the best interests of the estate; now, therefore, it is hereby



1403 8th Street
Marysville, WA 98270
P 425.212.4800 || F 25.212.4802

**Neeleman Law Group**

ORDERED as follows:

1. Under 11 U.S.C. §327(a), the Debtor is authorized to employ Neeleman Law Group, P.C. as general counsel to represent the estate in all proceedings before this Court, effective September 21, 2026, and to perform the services set forth in the application provided.

2. All compensation remains subject to further court approval under 11 U.S.C. §330.

///END OF ORDER///

Submitted by:
/s/ Jennifer L. Neeleman
Jennifer L. Neeleman, WSBA No. 37374
Neeleman Law Group, P.C.
1403 8th Street
Marysville, WA 98270
P 425.212.4800 || F 425.212.4802